UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
INNY478

| | |
|---|---|
| IN RE:<br><br>BRYANT B. DARRELL and GWEN G. BRYANT,<br><br>    Debtors. | Chapter: 13<br><br>Case No. 08-23821 ASH<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the firm **FEIN, SUCH & CRANE, LLP** is appearing for the following party in the above named bankruptcy case:

INDYMAC FEDERAL BANK FSB

This party is a party in interest in this case and is a secured creditor of the Debtors:

BRYANT B. DARRELL and GWEN G. BRYANT

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: January 6, 2009

> **FEIN, SUCH & CRANE, LLP**
> Attorneys for Applicant
>
> By:  /S/TAMMY TERRELL, ESQ.
>      TAMMY TERRELL, ESQ.
>      (TT-4062)
>      747 CHESTNUT RIDGE RD, STE 200
>      CHESTNUT RIDGE, NY 10977
>      845/371-4700
>      and
>      7 CENTURY DRIVE, SUITE 201
>      PARSIPPANY, NEW JERSEY 07054
>      973/538-4700