| UNITED STATES BANKRUPTCY COURT | Return Date: **August 25, 2010** |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | |

_____x

In Re:                                                                Chapter 13

Gwen & Darrell Bryant                                 Case No. 08-23821

_____x

## AMENDED NOTICE OF HEARING UNDER 11 U.S.C. §§ 330 AND 503 TO CONSIDER APPLICATION FOR COMPENSATION

**PLEASE TAKE NOTICE** that a hearing to consider application for allowances of compensation incurred during the period of September 14, 2009 through May 12, 2010, of those set forth below will be held as follows before the Honorable Robert D. Drain, United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY on the 25th day of August 2010 at 10:00 am

fees.

| APPLICANT | NATURE OF REPRESENTATION | COMPENSATION REQUEST |
|---|---|---|
| Law Office of Bleichman and Klein | Attorney for the Debtors | $734.50 |

Dated: August 18, 2010                    /s/ Joshua N. Bleichman
Spring Valley, NY                             Joshua N. Bleichman
                                                           Law Office of Bleichman and Klein
                                                           268 Route 59
                                                           Spring Valley, NY 10977
                                                           (845) 425-2510
                                                           (845) 425-7362

**UNITED STATES BANKRUPTCY COURT**  Return Date: **August 25, 2010**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
In Re:                                              Chapter 13

Gwen & Darrell Bryant                               Case No. 08-23821
_____x

## CERTIFICATION

1.  I Joshua N. Bleichman certify that I am the professional designated by the applicant with the responsibility in this case for compliance with the guidelines and for fees and disbursements for professionals in Southern District of New York Bankruptcy Cases.

2.  I have read the application and to the best of my knowledge, information, and belief formed after reasonable inquiry, the application complies with the mandatory guidelines.

3.  To the best of my knowledge information and belief formed after reasonable inquiry the fees and expenses sought fall within these guidelines.

4.  The fees and expenses sought are billed are rates in accordance with practices customarily employed by the applicant and generally accepted by the applicants clients.

5.  A copy of this application has been served upon the United States Trustee, Chapter 13 Trustee, Jeffrey L. Sapir, Esq. and the debtors. At the present time, I have no personal knowledge as to whether the Chapter 13 Trustee has approved the application. The debtors reviewed same and understand that same will be paid through their Chapter 13 plan.

   **WHEREFORE** your applicant respectfully requests that the Court enter an Order under 11 U.S.C. Sections 330 and 503 allowing compensation in the amount of $734.50 and for such other and further relief as to the Court may seem just and proper.

Dated: August 18, 2010                    /s/ Joshua N. Bleichman
Spring Valley, NY 10977                   Joshua N. Bleichman
                                          Law Office of Bleichman and Klein
                                          Attorney for Debtor
                                          268 Route 59
                                          Spring Valley, NY 10977
                                          (845) 425-2510
                                          Fax: (845) 425-7362

**UNITED STATES BANKRUPTCY COURT**  Return Date: **August 25, 2010**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
In Re:                                                                                      Chapter 13

Gwen & Darrell Bryant                                                      Case No. 08-23821
_____x

### APPLICATION FOR ALLOWANCE OF COMPENSATION AND EXPENSES TO ATTORNEYS FOR DEBTORS UNDER 11 U.S.C SECTION 330 AND 11 U.S.C. 503(a)

**TO THE HONORABLE, ROBERT D DRAIN UNITED STATES BANKRUPTCY JUDGE:**

The application of the Law Office of Bleichman and Klein respectfully represents:

### GENERAL BACKGROUND

1. On December 15, 2008, Gwen & Darrell Bryant the debtors herein, filed a petition with this Court for relief pursuant to Chapter 13 of the Bankruptcy Code.

2. Your applicant, on behalf of the debtors, has been responsible for guiding the debtor's estate through Chapter 13 of the Bankruptcy Code.

3. The debtors own real property located at 128 Hempstead Rd, Spring Valley, NY, (the residence). This real property is the debtors and their family's primary residence.

4. Prior to the filing the debtor's petition, the debtors had executed a first mortgage against their residence in favor of Indy Mac.

5. Prior to the filing the debtor's petition, the debtors had executed a second mortgage against their residence in favor of JP Morgan Chase.

6. Prior to the filing of their petition, the debtors owned a 2005 Ford Explorer, which is encumbered by a lien held by Citizens Automobile Finance.

## APPLICATION FOR FEES

7. This Application is made by the Law Office of Bleichman and Klein, for an allowance of compensation for professional services rendered to and on behalf of the debtors during the period September 14, 2009 through May 12, 2010

8. Your applicant acted as legal counsel to the debtors and has preformed all of the necessary professional legal services in connection therewith. The Law Office of Bleichman and Klein regularly maintain records of time expended in the rendition of such services and the costs and expenses incurred. The entries in such records were made in the ordinary course of Law Office of Bleichman and Klein business, concurrently with the rendition of such services and the incurring of such costs and expenses. A summary of these records is annexed hereto and made a part hereof as Exhibit "A." Some of the areas in which your applicant has rendered professional legal services to and behalf of the debtors are set forth in the following summary.

## SUMMARY OF PROFESSIONAL SERVICES RENDERED

### Investigation into the Financial Condition of the Debtors

9. From the outset of this proceeding, your applicant has been intimately involved in an effort to protect the interest of the debtors and their estate and bring about a recovery for creditors. In the initial phase of this case, your applicant commenced an investigation into the financial condition of the debtors and was called upon to advise the debtors as to the requirements of the Bankruptcy Code and the administration of a Chapter 13 Case.

## LOSS MITIGATION

13. On October 29, 2009, the debtors filed a request for loss mitigation on their first mortgage.

14. On December 18, 2009, this court entered a Loss Mitigation Order. The Order required the parties to exchange financial documentation and conduct several conferences in an effort to obtain a loan modification.

15. In pursing the loss mitigation this firm was required to have several conferences with the debtors, the first mortgagee's counsel review documents and submit competed financials for the debtors. Due to the firms efforts we are still in negations with the mortgagees' counsel to obtain the loan modification.

**<u>SUMMARY</u>**

16. An examination of the record of this case will indicate that many procedures were accomplished with a minimum of ligation and intervention by the Court. It is respectfully submitted that the efforts of your Applicant in private discussion and meetings played a significant role in the results obtained. Relationships forged by your applicant in previous matters, over the course of the years, together with the pain handling of many problems that ever developed in court proceedings ought to be noted in the consideration of how this case reached its present status.

17. It should be noted that this case involved the examination, reading proofreading of countless documents during each of the phases of this case.

18. The many facets of this case have consumed a considerable amount of your applicant's time and that of it office staff. This application for allowance of compensation details those services that have been performed by your applicant as of the date of this application.

19. Your applicant has expended half hour of attorney time at $385.00 per hour $192.50 and 3.3 hours paralegal time at $150.00 per hour $542.00 results in a total amount of $734.50 for the period September 14, 2009 through May 12, 2010. The number of hours expended by the applicant were kept to a minimum because of

the high level of expertise and experience which your applicant brought to this matter. Your applicant has received a retainer fee in the amount of $3,574.00. This paid for the petition, schedules, plan, B22, review of Tax Returns, judgments, schedules, asset schedules, and credit report review.

20. No previous allowance has been made to your applicant for the services rendered as hereinafter set forth and no previous application has been made therefore to this Court or any other court, for compensation. You applicant has not, in any form or guise, shared or agreed to share compensation to be received by it or any other person for services rendered in connection with this matter. No agreement or understanding prohibited by 18 U.S.C. 155 has been made by your applicant.

**WHEREFORE** your applicant respectfully requests that the Court enter an Order under 11 U.S.C. Sections 330 and 503 allowing compensation in the amount of $734.50 and for such other and further relief as to the Court may seem just and proper.

Dated: August 18, 2010 /s/ Joshua N. Bleichman
Spring Valley, NY 10977 Joshua N. Bleichman
Law Office of Bleichman and Klein
Attorney for Debtor
268 Route 59
Spring Valley, NY 10977
(845) 425-2510
Fax: (845) 425-7362

<u>CERTIFICATE OF SERVICE</u>

    I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Amended Chapter 13 Fee Application on August 18, 2010, depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Darrell & Gwen Bryant
128 Hempstead Rd.
Spring Valley, NY 10977

JP Morgan Chase
c/o Rosicki Rosicki and Associates, PC
51 East Bethpage Rd
Plainview, NY 11803

Onewest Bank, FSB
Fein, Such &Crane
7 Century Dr
Parsippany, NJ 07054

Ecast Settlement Corp
PO Box 35480
Newark, NJ 07193

American Clinical Services
PO Box 800
Purchase, NY 10577

Bank of America
PO Box 15026
Wilmington, DE 19850

Cablevison
PO Box 371897
Pittsburgh, PA 15250

Chase
PO Box 24714
Columbus, OH 43224

Citgo
PO Box 689095
Des Moines, IA 50368

Citibank
29125 Solon Rd
Solon, OH 44139

Citizens Automobile Finance
1 Citizens Dr
Riverside, RI 02915

Dell Financial Services
PO Box 81577
Austin, TX 78708

Exxon Mobil
Po Box 688940
Des Moines, IA 50368

Macys
PO Box 137
Columbus, GA 31902

Fingerhut
PO Box 1250
Saint Cloud, MN 56395

GE Money
6851 Jericho Tpke
Syosset, NY 11791

Home Depot
PO Box 689105
Des Moines, IA 50368

Indy Mac
PO Box 78826
Phoenix, AZ 85062

JC Penney
PO Box 981131
El Paso, TX 79998

NY Financial Services
401 Railroad Ave
Westbury, NY 1590

Orange and Rockland
390 W Route 59
Spring Valley, NY 10977

Providian Customer Service
PO Box 660509
Dallas, TX 75266

Portfolio Recovery Associates, LLC
Norfolk, VA 23541

Rockland After School Program
465 Viola Rd
Spring Valley, NY 10977

Rockland Podiatry
26 Fireman's Memorial
Pomona, NY 10970

Rpm
Po Box 768
Bothell, WA 98041

Roundup Funding
PO Box 91121
Seattle, WA 98111

Salliemae
PO Box 9555
Wilkes Barre, PA 18773

| | | |
|---|---|---|
| Scholastic Books<br>270 Spagnoli Rd<br>Melville, NY 11747 | Target<br>PO Box 1581<br>Minneapolis, MN 55440 | Washington Mutual Bank<br>PO Box 99604<br>Spring Valley, NY 10977 |
| Sears<br>PO Box 6283<br>Sioux Falls, SD 57117 | Town of Orange Court<br>26 Orangeburg Rd<br>Orangeburg, NY 10962 | |
| Shell Card<br>PO Box 689151<br>Des Moines, IA 50368 | Verizon<br>PO Box 17120<br>Tucson, AZ 85731 | Jeffrey L. Sapir-13 – by ECF<br><br>United States Trustee by ECF |
| Mr. and Mrs. Bryant<br>128 Hempstead Rd.<br>Spring Valley, NY 10977 | | |

/s/ Joshua N. Bleichman
Joshua N. Bleichman
Law Office of Bleichman and Klein
Attorney for Debtor
268 Route 59
Spring Valley, NY 10977
(845) 425-2510
Fax: (845) 425-7362

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

In Re:                                                                          Chapter 13

Gwen & Darrell Bryant                            Case No. 08-23821
_____x

## **PROPOSED ORDER FOR COMPENSATION TO ATTORNEYS FOR THE DEBTORS**

Upon the application for compensation for services of The Law office of Bleichman and Klein, attorneys for the debtors, dated August 12, 2010 seeking compensation in the amount of $734.50, and after notice to all creditors and parties in interest having been give, with proof of service thereof, and said application having come to be heard on August 25, 2010, and after hearing the parties whose identities are reflected in the transcript of the hearing, and upon the record made at said hearing and due deliberation having been had thereon, it is

**ORDERED**, that the debtors are authorized to pay the following sums as allowed to the applicant herein as compensation for actual, necessary services rendered by such applicant pursuant to 11 U.S.C. Sections 330 and 503; through the debtors' Chapter 13 plan as administrative expense in the total amount of $734.50, and it is further

**ORDERED**, that should the debtors' case either be dismissed or converted to a Chapter 7 of the US Bankruptcy Code, the Chapter 13 Trustee is hereby directed to pay to the Law Office of Bleichman and Klein the sums held by said Trustee paid to him by the debtors for its plan payments in a sum no greater than the fees awarded herein.

Dated: August   2010                                                          _____
White Plains, NY                                                                  US BANKRUPTCY JUDGE